# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| H. THOMAS MONROE and <br> LENDEX, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> FRANKLIN FIRST FINANCIAL, LTD., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:10-CV-2383-G <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF INTERESTED PERSONS

H. Thomas Monroe and Lendex, Ltd. provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

    H. Thomas Monroe and Delia Monroe

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Mark Stromberg  
Becky P. Tran  
Stromberg Stock  
5420 LBJ Frwy, Ste 300  
Dallas, TX 75240  

H. Thomas Monroe (individually)  
H. Thomas Monroe & Delia Monroe, as partners in LendEx, Ltd.  
918 Grail Maiden Ln  
Lewisville, TX 75056

Respectfully submitted,

*/s/ Mark Stromberg*

Mark Stromberg
Stromberg Stock
5420 LBJ Frwy, Ste 300
Dallas, TX 75240
Telephone:   (972) 458-5353
Facsimile:   (972) 770-2156
Email:       mark@strombergstock.com
     AND
Howard F. Carter, Jr.
The Carter Law Firm
Centura Tower 1
14185 Dallas Pkwy, Ste 1275
Dallas, TX 75254
Telephone:   (972) 455-2001
Facsimile:   (972) 455-2015
Email:       scarter@carter-holmes.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, the above and foregoing document was served via first class U.S. Mail to the parties listed below.

David M. Souders
1300 19th St, NW, Fifth Fl
Washington, DC 20036

Troy W. Garris
2904 Corporate Circle, Ste 128
Flower Mound, TX 75028

*/s/ Mark Stromberg*
Mark Stromberg